No. 97–9317. RAMSEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9320. SAMPANG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–9321. WATSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–9322. WOLPER v. McGRAW-HILL, INC. C. A. 2d Cir. Certiorari denied.

No. 97–9323. RAMPEY v. BALDWIN, SUPERINTENDENT, EASTERN OREGON CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 97–9324. ROLEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–9325. BORDEN v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 97–9327. PEREZ v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–9328. SMITH v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 97–9330. TURNER v. JOHNSON. C. A. 8th Cir. Certiorari denied.

No. 97–9331. PRICE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–9334. OCHOA-FLORES v. TOMBONE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 97–9337. AIKENS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–9338. DAVIS v. CITY OF PITTSBURGH. C. A. 3d Cir. Certiorari denied.

No. 97–9339. ERVIN v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.